**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email: npsyk@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REX ROMERO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC., a Foreign Corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO.:  2:23-cv-01299<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

   COMES NOW, Defendant WALMART, INC. by and through their counsel of record, Griffith H. Hayes, Esq., and Nicholas F. Psyk, Esq., of TYSON & MENDES, LLP, and moves this Court to remove attorney Jennifer T. Tang, Esq., formerly of TYSON & MENDES, LLP, from the CM/ECF service list for the above-entitled matter. Griffith H. Hayes, Esq., and Nicholas F. Psyk, Esq. will be the counsel of record going forward for WALMART, INC..

   DATED this 16th day of February, 2024.

IT IS SO ORDERED.
Dated:  February 20, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

TYSON & MENDES LLP

*/s/Griffith H. Hayes*
_____
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
*Attorneys for Defendant Pahrump Valley Auto Plaza, LLC*

1