# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

REX ROMERO,

    Plaintiff(s),

v.

WALMART INC.,

    Defendant(s).

Case No. 2:23-cv-01299-JCM-NJK

**ORDER**

On April 19, 2024, the parties filed a notice of settlement that it may take up to 90 days for the bankruptcy court to approve the settlement. Docket No. 20. To date, neither dismissal papers nor a status report has been filed. Accordingly, the parties are ordered to file, no later than August 6, 2024, either dismissal papers or a joint status report.

IT IS SO ORDERED.

Dated: July 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1