**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

REX ROMERO,

     Plaintiff(s),

v.

WALMART INC.,

     Defendant(s).

Case No. 2:23-cv-01299-JCM-NJK

**ORDER**

     In light of the parties' most recent status report, Docket No. 23, the parties must file either dismissal papers or a further joint status report by September 18, 2024.

     IT IS SO ORDERED.

     Dated: August 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge