# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REX ROMERO,

    Plaintiff(s),

v.

WALMART INC.,

    Defendant(s).

Case No. 2:23-cv-01299-JCM-NJK

**ORDER**

In light of the parties' most recent status report, Docket No. 25, the parties must file either dismissal papers or a further joint status report by October 4, 2024. The parties must take all reasonable measures to meet this deadline, as the Court is not inclined to extend it further.

IT IS SO ORDERED.

Dated: September 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge