1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   REX ROMERO,

8           Plaintiff(s),

9   v.

10  WALMART INC.,

11          Defendant(s).

Case No. 2:23-cv-01299-JCM-NJK

**ORDER**

12          On April 19, 2024, the parties filed a notice of settlement.  Docket No. 24.  The parties

13  have since filed a series of status reports, but have not filed dismissal papers.  On September 19,

14  2024, the Court set a deadline for dismissal papers of October 4, 2024.  Docket No. 26.  The Court

15  indicated therein that "[t]he parties must take all reasonable measures to meet this deadline, as the

16  Court is not inclined to extend it further."  *Id.* at 1.  On October 4, 2024, the parties filed another

17  status report indicating that they are awaiting confirmation of receipt of the settlement check by

18  the Chapter 13 bankruptcy trustee.  Docket No. 27.  That status report also seeks another 30 days

19  to file dismissal papers.  *Id.* at 2.

20          The Court hereby **SETS** an in-person status hearing for 9:30 a.m. on October 28, 2024, in

21  Courtroom 3C.  The status hearing will be vacated automatically if dismissal papers are filed

22  before that date.

23          IT IS SO ORDERED.

24          Dated: October 7, 2024

25
26  _____
    Nancy J. Koppe
    United States Magistrate Judge

27
28

1