**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmnedes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REX ROMERO, an individual, | CASE NO.: 2:23-cv-01299-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WALMART INC., a Foreign Corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff REX ROMERO, by and through his counsel, TRAYSEN N. TURNER, ESQ., of THE POWELL LAW FIRM and Defendant WALMART INC., by and through its counsel, GRIFFITH H. HAYES, ESQ. of TYSON & MENDES LLP, that all claims in the present action be dismissed, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties further stipulate that each party will bear its/their own attorney fees and costs.

DATED this 24th day of October 2024.          DATED this 24th day of October 2024.

**TYSON & MENDES LLP**                        **THE POWELL LAW FIRM**

 /s/ Griffith Hayes                            /s/ Traysen N. Turner
GRIFFITH HAYES, ESQ.                          Traysen N. Turner (16017)
Nevada Bar No. 7374                           Paul D. D. Powell (7488)
CHRISTOPHER A. LUND                           THE POWELL LAW FIRM
Nevada Bar No. 12435                          8918 Spanish Ridge Avenue, Suite 100
2835 St. Rose Parkway, Suite 140              Las Vegas, Nevada 89148
Henderson, NV  89052                          paul@tplf.com
*Attorneys for Defendant Walmart, Inc.*       tstewart@tplf.com
                                              *Attorneys for Plaintiff*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case in its entirety, is dismissed WITH PREJUDICE each party to bear its own attorney's fees and costs herein.

DATED October 25, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

TYSON & MENDES LLP

 /s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
JENNIFER TANG
Nevada Bar No. 14628
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant, Sam's West, Inc*

| | |
|---|---|
| **From:** | Traysen Turner |
| **To:** | Nick Psyk |
| **Cc:** | Gabriela Vazquez; Heidi Brown; Zaira Baldovinos; Tiffany Plumer; Griffith Hayes; Kelly Knaus |
| **Subject:** | Re: Romero v. Walmart ( TM 23-2807) |
| **Date:** | Thursday, October 24, 2024 2:33:13 PM |
| **Attachments:** | image001.png |

Nick,

Thank you for preparing this. You may attach my e-signature.

Thanks,

Traysen

**From:** Nick Psyk <NPsyk@TysonMendes.com>
**Sent:** Thursday, October 24, 2024 2:27:44 PM
**To:** Traysen Turner <tturner@tplf.com>
**Cc:** Gabriela Vazquez <gvazquez@tplf.com>; Heidi Brown <HBrown@TysonMendes.com>; Zaira Baldovinos <zbaldovinos@tplf.com>; Tiffany Plumer <tplumer@tplf.com>; Griffith Hayes <ghayes@TysonMendes.com>; Kelly Knaus <kknaus@tysonmendes.com>
**Subject:** RE: Romero v. Walmart ( TM 23-2807)

Traysen,

Please find attached a draft SAO for Dismissal of the above case. Please let me know if you have any revisions. Otherwise, please let me know if we have your authority to affix your e-signature for submission to the Court.

Thank you,



**Nicholas Psyk**
**Attorney**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
**Main**: 702.724.2648
**Direct**: 725.235.7475
**Fax**:   702.410.7684
NPsyk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*